ANDREW W. BOYLE, PLAINTIFF-PETITIONER, v. COUNTY
OF HUDSON, DEFENDANT-RESPONDENT.

See same case below: 13 *N. J. Super.* 239.

*Mr. Samuel M. Cole* and *Mr. Louis J. Greenberg,* for the
petitioner.

*Mr. Daniel T. O'Regan* and *Mr. Lewis B. Eastmead,* for
the respondent.

September 10, 1951.   Granted.

EDWARD L. NEYLON, PETITIONER-RESPONDENT, v. FORD
MOTOR COMPANY, RESPONDENT-PETITIONER.

See same case below: 13 *N. J. Super.* 56.

*Messrs. McCarter, English & Studer* and *Mr. Verling C.
Enteman,* for the petitioner.

*Mr. Lewis S. Jacobson* and *Mr. Sam Weiss,* for the
respondent.

September 10, 1951.   Granted.